UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MATTHEW JAMES GUIDRY** | **CASE NO. 6:20-CV-01430** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MARTIN CORMIER, ET AL.** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**JUDGMENT**

On March 8, 2021, United States Magistrate Judge Patrick J. Hanna issued a Report and Recommendation [ECF No. 12], recommending that the Motion to Dismiss for Failure to State a Claim [ECF No. 5] filed by the City of Breaux Bridge and Detective Martin Cormier be denied in part and granted in part. After independent review of the record and applicable law, and after consideration of the objections filed, the Court hereby ADOPTS the findings and conclusions set forth therein. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the defendants' Motion to Dismiss for Failure to State a Claim [ECF No. 5] is GRANTED in part and DENIED in part. Plaintiff's state law claims against the City of Breaux Bridge and Det. Cormier are DISMISSED. The motion is DENIED as to Plaintiff's other claims.

THUS DONE in Chambers on this 26th day of August, 2021.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**